UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22300-CIV-ALTONAGA/Goodman

LINDA HEALD,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S SUPPLEMENTAL PROPOSED JOINT JURY INSTRUCTIONS

Plaintiff, LINDA HEALD, hereby submits her supplemental proposed jury instructions. Instructions proposed only by Plaintiff are underlined and instructions proposed only by Defendant are italicized. Instructions agreed upon by the Parties are in regular font.

Respectfully submitted this 21th day of March, 2019,

| FOR THE PLAINTIFF | TO THE DEFENDANT |
|---|---|
| ARONFELD TRIAL LAWYERS | MASE, MEBANE & BRIGGS, P.A. |
| 3132 Ponce de Leon Boulevard | 2601 South Bayshore Drive, Suite 800 |
| Coral Gables, Florida 33134 | Miami, Florida 33133 |
| Tel: 305-441-0440/Fax: 305-441-0198 | Tel: 305-377-3770/Fax: 305-377-0080 |
| | |
| By: /s/ *Matthias M. Hayashi* | Thomas Dennis Alan Briggs |
| Spencer Marc Aronfeld, Esq. | Florida Bar No.: 663034 |
| Florida Bar No.: 115973 | tbriggs@maselaw.com |
| aronfeld@aronfeld.com | Adam C. Finkel, Esq. |
| Raul G. Delgado, Esq. | Florida Bar No.: 101505 |
| Florida Bar No.: 94004 | afinkel@maselaw.com |
| rdelgado@aronfeld.com | |
| Matthias M. Hayashi, Esq. | |
| Florida Bar No.: 115973 | |
| mhayashi@aronfeld.com | |

**PROPOSED JURY INSTRUCTION NO. 23**

**VIOLATION OF COMPANY POLICY IS EVIDENCE OF NEGLIGENCE**

<u>The Plaintiff has alleged that Carnival Corporation has violated its own internal policies and procedures. The violation of a party's internal policies and procedures can be evidence of its negligence. However, compliance or noncompliance with internal policies and procedures is not conclusive evidence of negligence</u>.

GRANTED  _____    MODIFIED  _____

DENIED  _____     WITHDRAWN  _____

Authority: *Beam v. Carnival Corporation*, Case No. 1:15-cv-22103-DPG, (E.C.F. 182 at p. 11) (S.D. Fla., Jan. 12, 2017); *Pustka v. Printpack Inc.*, 168 F. App'x 583, 584 (5th Cir. 2006); *50 State Security Service, Inc. v. Giangrandi*, 132 So.3d 1128 (Fla. 3d DCA 2013); *Marks v. Mandel*, 477 So.2d 1036, 1038-39 (Fla. 3d DCA 1985).

**PROPOSED JURY INSTRUCTION NO. 24**

**ACTS BY THIRD PARTIES**

<u>The Defendant may be liable in negligence for failure to protect passengers from acts by third parties or for failure to warn passengers of acts by third parties if the third parties' acts were reasonably anticipated, naturally expected to occur, and/or reasonably foreseen by Defendant.</u>

GRANTED  _____    MODIFIED  _____

DENIED  _____    WITHDRAWN  _____

Authority: *Beam v. Carnival Corporation*, Case No. 1:15-cv-22103-DPG, (E.C.F. 182 at p. 12) (S.D. Fla., Jan. 12, 2017).

**PROPOSED JURY INSTRUCTION NO. 25**

**NEGLIGENCE PER SE**

<u>Federal law requires cruise lines to report certain crimes that were committed on any voyage that embarks or disembarks passengers in the United States, including assaults with serious bodily injury, to the Federal Bureau of Investigation.</u>

<u>Violation of this law is negligence. If you find that Carnival violated this law, then Carnival was negligent. You should then decide whether such negligence was a legal cause of Ms. Heald's damages</u>.

GRANTED  _____   MODIFIED  _____

DENIED  _____   WITHDRAWN  _____

Authority: Florida Standard Jury Instruction, 401.8 (modified to fit this case).

**PROPOSED JURY INSTRUCTION NO. 26**

**VIOLATION OF STATUTE, ORDINANCE, OR
REGULATION AS EVIDENCE OF NEGLIGENCE
(In the Alternative to Proposed Jury Instruction No. 25)**

<u>Federal law requires cruise lines to report certain crimes that were committed on any voyage that embarks or disembarks passengers in the United States, including assaults with serious bodily injury, to the Federal Bureau of Investigation.</u>

<u>Violation of this law is evidence of negligence. It is not, however, conclusive evidence of negligence. If you find that Carnival violated this law, you may consider that fact, together with the other facts and circumstances, in deciding whether Carnival was negligent.</u>

GRANTED  _____      MODIFIED  _____

DENIED  _____      WITHDRAWN  _____

Authority: Florida Standard Jury Instruction, 401.9 (modified to fit this case).